1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12

**BRUCE WAYNE MILLER,**                    C 13-03466 SBA (PR)

13
                                 Petitioner,    **ORDER GRANTING**
14                                              **FIRST ENLARGEMENT OF TIME TO**
          **v.**                                **FILE ANSWER**
15

16   **CLIFF ALLENBY, Acting Director,**

17                                Respondent.

18

19

20          GOOD CAUSE APPEARING, it is hereby ordered that Respondent is granted an

21   enlargement of time, up to and including **May 30, 2014**, to file an Answer to the Petition for Writ

22   of Habeas Corpus.  If Petitioner wishes to respond to the Answer, he shall do so by filing a

23   Traverse with the Court and serving it on Respondent within **sixty (60) days** of his receipt of the

24   Answer.

25
     Dated: _____          4/15/2014        _____
26                                            The Honorable Saundra Brown Armstrong
                                              United States District Judge
27

28

                                            1