UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| BRUCE WAYNE MILLER,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>CLIFF ALLENBY, Acting Director,<br>California Department of Mental Health,<br><br>　　　　Respondent. | Case No: C 13-3466 SBA (PR)<br><br>**JUDGMENT** |

　　For the reasons discussed in the Court's Order Granting Motion to Dismiss; and Denying Certificate of Appealability, a judgment dismissing the petition without prejudice is hereby entered. The Clerk of the Court shall close the file.

　　IT IS SO ORDERED.

Dated: 2/2/2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\SBA\HC.13\Miller3466.jud.docx